# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   5:25-MJ-1197-KS
)
Priority Mail Express Package EI 266 856 624 US, )
located at Bldg C-1529 Ardennes Street, Fort Liberty NC, )
28310 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Package EI 266 856 624 US, located at Bldg C-1529 Ardennes Street, Fort Liberty NC, 28310

located in the    Eastern    District of    North Carolina   , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances evidencing a violation of Title 21, United States Code, Sections 841(a) and 846 (Distribution and possession with intent to distribute controlled substances and conspiracy relating to the same).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a) | Distribution/Possession with Intent to Distribute Controlled Substances |
| 21 USC 846 | Conspiracy to Distribute Controlled Substances |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

*Applicant's signature*

Sebastian Piñeiro, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by    telephone    *(specify reliable electronic means)*.

Date: 2/14/2025

*Judge's signature*

City and state:   Greenville, North Carolina         KIMBERLY A. SWANK, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL EXPRESS PACKAGE EI 266 856 624 US, LOCATED AT BUILDING C-1529 ARDENNES STREET, FORT LIBERTY, NC 28310 | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Sebastain E. Piñeiro, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for United States Postal Service ("USPS") Priority Mail Express Package EI 266 856 624 US, located at Building C-1529 Ardennes Street, Fort Liberty, NC 28310 (the "SUBJECT PARCEL"). The SUBJECT PARCEL and the specific property to be seized are more fully described in the following paragraphs and in the application for this search warrant.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). Specifically, I am a Task Force Officer (TFO) with the United States Postal Service (USPIS), assigned to the Raleigh, North Carolina Domicile Office which encompasses the eastern district of North Carolina. In that capacity, I investigate violations of the

Controlled Substances Act (Title 21, United States Code, Section 801, et seq.). I have been employed as a Task Force Officer with the USPIS since November 2022. Prior to becoming a Task Force Officer and currently, I work as Narcotics detective for the City of Fayetteville Police Department (FPD). I have been employed with the FPD since May of 2005. I have participated in and conducted investigations of violations of various State and Federal criminal laws, including unlawful possession with intent to distribute controlled substances, distribution of controlled substances, use of communication facilities to commit narcotics offenses, importation of controlled substances, conspiracy to import, possess and distribute controlled substances, all in violation of federal narcotics laws. These investigations resulted in the arrests of individuals who imported, smuggled, received and distributed controlled substances, including cocaine, marijuana, heroin, and methamphetamine. Through these investigations and training, I am familiar with the operations of illegal international drug trafficking organizations in the United States and abroad.

3. I have conducted investigations and/or participated in investigations related to the unlawful importation and distribution of controlled substances as well as the laundering of monetary instruments involving the proceeds of specified unlawful activities associated with criminal drug offenses. From my training, experience, and knowledge of this investigation, I have become familiar with the techniques and methods used by drugs trafficking organizations to smuggle, transport, and distribute illegal drugs, as well as methods used to collect, smuggle, and launder illegal drugs proceeds.

4. I have participated in the debriefing of defendants, witnesses, and informants, during which time I have discussed with them their methods of drug smuggling, distribution, packaging, trafficking, avoiding law enforcement, and laundering proceeds, among other concerns related to drug trafficking. I have discussed and learned from other law enforcement investigators in regard to these matters as well.

5. Based on my training and experience, I am personally familiar with the color, shape, texture, and odor of most illegal controlled substances, including but not limited to, crack cocaine, cocaine, heroin, methamphetamines, ecstasy, and marijuana.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances or Distribution of Controlled Substances), 21 U.S.C. § 843 (Use of a Communications Facility), and 21 U.S.C. § 846 (Conspiracy to Distribute Controlled Substances), have occurred, are occurring, and will continue to occur. There is also probable cause to search the SUBJECT PARCEL for evidence, instrumentalities, and fruits of these crimes, as further described below.

## PROBABLE CAUSE

7. On or about February 13, 2025, I reviewed inbound mail at the United States Postal Facility at 301 Green Street, Fayetteville, North Carolina 28301. While present, I observed the SUBJECT PARCEL in transit to 336 Barcelona Drive

Apartment 21H, Fayetteville North Carolina 28303. The SUBJECT PARCEL was listed as being addressed from 15031 Starbuck Street, Whittier California 90603.

8. The SUBJECT PARCEL is described as follows:

   i. Addressed to: "Akira Brown 336 Barcelona Dr apt 21H Fayetteville, NC 28303";

   ii. From: "Jose Rodriguez 15031 Starbuck St Whittier, CA 90603";

   iii. Size: approximately 12.25 X 12 X 8.5;

   iv. Weight: approximately 3 pound 13 ounces;

   v. Postage affixed: $82.60;

   vi. Physical description: USPS Priority Mail Express box bearing tracking number EI 266 856 624 US.

9. I conducted a review of available law enforcement databases and determined the name (Jose Rodriguez) on the SUBJECT PARCEL as the sender does not associate with the address of 15031 Starbuck Street, Whittier California 90603. The recipient (Akira Brown) on the SUBJECT PARCEL does not associate with 336 Barcelona Drive Apartment 21H, Fayetteville North Carolina 28303. I pulled the SUBJECT PARCEL from the mail stream for additional examination and transported to the USPIS Office located in Fayetteville, NC, within the Eastern District of North.

10. I am aware, through my training and experience, that people who utilize the U.S. Mail to distribute controlled substances and/or monetary payments related seldomly use real names and prior or recent addresses in different combinations (real

sender/ fake receiver, fake sender/ real receiver, fake sender/ fake receiver) but do so in an attempt to avoid detection by law enforcement agencies. I am also aware, through training and experience, that California is a source state for the distribution of narcotics and the receiving of the narcotics proceeds, whereas North Carolina is a known destination state for controlled substances through the US Mail. The narcotics proceeds are often sent back to the source state to complete sales of narcotics.

11. I am aware, also through my training and experience, that people often use the U.S. Mail, specifically Priority Mail Express and Priority Mail, for the delivery of controlled substances and narcotics proceeds for various reasons, including, but not limited to, the following:

    a) Items sent via Priority Mail Express and Priority Mail cannot be examined without a federal search warrant.

    b) Priority Mail Express and Priority Mail are generally expected to be delivered in one to three days. This assures the sender of an expedited delivery.

    c) Priority Mail Express and Priority Mail allow for various dispatch times (times which a mailed item is transported to the next destination) which are available to customers upon request and provides the sender an opportunity to have some control as to the arrival of the mailed item.

5

d) Individuals desiring to either send or receive controlled substances and payments for these substances through the U.S. Mail can do so without having to provide identification. This reduces the possibility of revealing their true identity.

e) Individuals use the U.S. Mail to send payment, often large sums of U.S. Currency, for the controlled substances they have purchased. It is common for the currency to come into contact with the narcotics during drug transactions. As a result, it is common for the currency/drug proceeds to pick up the odor of narcotics.

12. On or about February 13, 2025, at approximately 12:45 P.M., a line of parcels was set up at a location in Fayetteville, North Carolina. The parcels were set up in an area which is not used to store or maintain any controlled substances. The line of parcels consisted of the SUBJECT PARCEL and three additional parcels of similar shape and size. The three additional parcels were prepared by me and contained no controlled substances. I then met with Fayetteville Police Department K-9 Officer Hoke, DSN 262, and his narcotic trained K-9, Chloe. K-9 Chloe is a certified and trained illegal narcotic detecting dog with over 500 hours of training in the detection of controlled substances. K-9 Officer Hoke had Chloe search the parcel lineup for the odor of controlled substances. K-9 Officer Hoke advised that Chloe alerted on the SUBJECT PARCEL. K-9 Officer Hoke stated that, in the past, Chloe's alerts have led to the apprehension of narcotics traffickers and the seizure of controlled substances. K-9 Officer Hoke advised that he is very familiar with Chloe's

6

actions, having worked with her since in or around June 2022, and is certain Chloe was alerting on the SUBJECT PARCEL. K-9 Officer Hoke has previously advised that Chloe alerts to the odor of various controlled substances such as cocaine base, cocaine hydrochloride, heroin, methamphetamine, and marijuana. K-9 Officer Hoke stated, based upon his experience, that he believed Chloe entered a final response and alerted to the SUBJECT PARCEL based upon detecting the odor of controlled substances.

13. The SUBJECT PARCEL is presently in the custody of the Postal Inspection Service Office in Fort Liberty, NC. This Affiant seeks authority for agents to open the parcel for search and seizure of controlled substances or proceeds from the sale of controlled substances.

## CONCLUSION

14. Based on the above facts, I have probable cause to believe that the SUBJECT PARCEL contains contraband and/or evidence in violation of Title 21,

*(Remainder of page intentionally left blank.)*

United States Code, Sections 841(a)(1) and 846. Therefore, I respectfully request that a Search Warrant be issued for the SUBJECT PARCEL.

_____
SEBASTIAN E. PIÑEIRO
Task Force Officer
U.S. Postal Inspection Service


Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.

Dated: February 14, 2025

_____
KIMBERLY A. SWANK
United States Magistrate Judge